BOWMAN, Circuit Judge,
concurring.
In Shrink Missouri, the Supreme Court has spoken in a way that subordinates core First Amendment rights of free speech and free association to the predilections of the legislature and the mood of the electorate. Given that decision and the current political climate, we no doubt can expect further, even more draconian, efforts by government to restrict political speech. Any state armed with the power to limit what citizens may choose to contribute to candidates for political office, or what they otherwise may spend on political activity, bears close watching, and the courts must remain vigilant in performing their duty to protect the essential freedoms guaranteed by the Constitution.
Meanwhile, the decision of the Supreme Court in Shrink Missouri appears to foreordain the decision we must reach concerning the $575 and $275 limits. I therefore concur in the result of today’s decision.